**TIMOTHY J. RYAN (SBN 99542)**
tryan@ryanlg.com
**REBEKKA R. MARTORANO (SBN 173600)**
rmartorano@ryanlg.com
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Defendant Southwest Airlines Co.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE LESSING, | Case No. 2:23-CV-01889-DJC-JDP |
| Plaintiff, | **STIPULATION AND ORDER RE. DEFENSE MEDICAL EXAMINATION OF PLAINTIFF** |
| v. | |
| SOUTHWEST AIRLINES CO. and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties to the above-entitled action submit this stipulation and proposed order regarding a Defense Medical Examination ("DME") of plaintiff Richelle Lessing ("Plaintiff".)

1. Defendant Southwest Airlines Co has requested a DME of Plaintiff. The scope of the DME will be to evaluate Plaintiff's claim of injuries to her neck, back and shoulders allegedly resulting from in an incident on February 26, 2023, as stated in Plaintiff's complaint.

2. The DME will be conducted by Thomas Anderson, MD., a board-certified orthopedic surgeon who is qualified to conduct the requested examination.

3. The estimated time for the DME is 1 hour. Plaintiff will not be unduly inconvenienced by the Defendant's DME. Plaintiff will appear at the examiner's office on the agreed-to date at the requested appointment time. If the DME has not commenced within 30

1  minutes of the agreed-to time, Plaintiff will consider this protracted delay to be a violation of this
2  Stipulation and will leave the medical examiner's office. The total time for examination and
3  testing, if applicable, will not exceed one hour. Plaintiff will leave the DME immediately upon
4  its conclusion. If any period of time exceeding 30 minutes goes by when Plaintiff is not being
5  examined by the doctor or his staff, then Plaintiff will be free to leave.

6      4.    The DME will consist of a general physical examination, including Plaintiff
7  submitting to an interview, and a reasonable orthopedic evaluation. Plaintiff will not discuss the
8  manner in which the underlying accident that gives rise to this litigation occurred, other than to
9  describe it in general terms (e.g., backpack fell out of overhead compartment). Should further
10 information as to the mechanics of the accident be necessary to the defense medical examiner,
11 Defendant may provide a copy of Plaintiff's answers to interrogatories or her deposition transcript
12 to the doctor prior to the examination. Plaintiff may not be compelled to create any items of
13 potential documentary evidence and will not fill out any charts, new patient records, forms or
14 histories that may be requested or provided by the defense medical examiner. Further, any persons
15 assisting the examiner must be fully identified by name and title to Plaintiff and counsel for
16 Plaintiff. No persons other than Plaintiff, her representative, the examining doctor and usual staff
17 are allowed to be present during the examination. No "defense observers" will be permitted to
18 attend or observe the examination.

19     5.    The DME is scheduled to take place on **July 29, 2024, at 11:00 a.m**. (arrival at
20 10:45 a.m.) at the following location: Southeastern Spine Institute, 1625 Hospital Dr, Mt Pleasant,
21 SC 29464.

22     6.    If Plaintiff fails to provide notice 48 hours prior to the DME of her intention not
23 to appear at the examination, Plaintiff may be required to pay Dr. Anderson's cancellation fee of
24 $625.00.  Any cancellation after **July 27, 2024, at 11 a.m.,** may result in Plaintiff being required
25 to pay the cancellation fee of $625.00 referred to above.

26     7.    Within thirty days following the DME, Defendant shall deliver to counsel for
27 Plaintiff a copy of Dr. Anderson's report, any medical record review, and all other documents
28 generated by the doctor or his office regarding this DME and the doctor's medical record review.

8. The defense examiner is to be provided with a copy of this Stipulation/Order prior to the examination.

**IT IS SO STIPULATED.**

Dated: July 10, 2024                                WISNER BAUM LLP

By: ___*/s/ Clay Robbins (as authorized 7/10/24)*___
   CLAY ROBBINS III
   Attorneys for Plaintiff Richelle Lessing

Dated: July 10, 2024                                **THE RYAN LAW GROUP**

By: ___*/s/ Rebekka R. Martorano*___
   TIMOTHY J. RYAN
   REBEKKA R. MARTORANO
   Attorneys for Defendant Southwest Airlines Co.

**IT IS SO ORDERED:**

Dated:  July 19, 2024                               /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE