UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE LESSING | ) **Case No.: 2:23-CV-01889-DJC-JDP** |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER AMENDING SCHEDULING** |
| vs. | ) **ORDER** |
| | ) |
| SOUTHWEST AIRLINES CO. and DOES 1 | ) |
| through 50, Inclusive, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1   This Court has reviewed and considered the parties' joint stipulation to further amend the

2   Amended Scheduling Order issued March 4, 2025 [ECF #17].

3   **GOOD CAUSE APPEARING**, it is hereby **ORDERED** that the Amended Scheduling

4   Order shall be further amended as follows:

5   Joint Mid-Discovery Statement:  December 5, 2025

6   Expert Disclosure Deadline:  February 6 , 2026

7   Supplemental Disclosure Deadline:  March 6, 2026

8   Fact Discovery Cutoff Date:  May 6, 2026

9   Expert Discovery Cutoff Date:  May 6, 2025

10   Dispositive Motion Filing Deadline:  June 30, 2026

11   Dispositive Motion Hearing:  August 13, 2026, at 1:30 p.m.

12   Final Pretrial Conference:  November 12, 2026, at 1:30 p.m.

13   Jury Trial:  January 25, 2027, at 8:30 a.m.

14

15   **IT IS SO ORDERED**.

16

17   Dated:  August 21, 2025                    /s/ Daniel J. Calabretta

18                                              THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28