**TIMOTHY J. RYAN (SBN 99542)**
tryan@ryanlg.com
**REBEKKA R. MARTORANO (SBN 173600)**
rmartorano@ryanlg.com
**THE RYAN LAW GROUP**
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872

Attorneys for Defendant Southwest Airlines Co.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHELLE LESSING, | Case No. 2:23-CV-01889-DJC-JDP |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER AMENDING SCHEDULING ORDER** |
| SOUTHWEST AIRLINES CO. and DOES 1 through 50, inclusive, | Judge: Hon. Daniel J. Calabretta |
| Defendants. | |

    The parties to this action, Plaintiff Richelle Lessing and Defendant Southwest Airlines Co., stipulate as follows:

    Whereas the Order Amending Scheduling Order dated 8/22/25 (ECF No. 21) provides for the following schedule:

    Joint Mid-Discovery Statement: December 5, 2025

    Expert Disclosure Deadline: February 6, 2026

    Supplemental Disclosure Deadline: March 6, 2026

    Fact Discovery Cutoff Date: May 6, 2026

    Expert Discovery Cutoff Date: May 6, 2025

    Dispositive Motion Filing Deadline: June 30, 2026

1   Dispositive Motion Hearing: August 13, 2026, at 1:30 p.m.

2   Final Pretrial Conference: November 12, 2026, at 1:30 p.m.

3   Jury Trial: January 25, 2027, at 8:30 a.m.

4   Whereas the parties have met and conferred and have determined that, due to the status of Plaintiff's ongoing medical treatment and the damages discovery still to be conducted, as reflected in their Joint Mid-Discovery Statement filed concurrently herewith, it would be beneficial to continue the current dates related to expert disclosures and discovery according to the following proposed schedule. The parties stipulate that they do not intend to file dispositive motions in this matter.

10   Expert Disclosure Deadline: April 10, 2026

11   Supplemental Disclosure Deadline: June 5, 2026

12   Fact Discovery Cutoff Date: August 14, 2026

13   Expert Discovery Cutoff Date: August 14, 2025

14   Final Pretrial Conference: November 12, 2026, at 1:30 p.m. (unchanged)

15   Jury Trial: January 25, 2027, at 8:30 a.m. (unchanged)

17   Therefore, the parties request that the Court issue an order amending the schedule as set forth above.

19   IT IS SO STIPULATED.

20   Dated: December 4, 2025            **WISNER BAUM LLP**

21                                      By: */s/ Clay Robbins, III* (as authorized 12/3/25)
                                            CLAY ROBBINS III
                                            Attorneys for Plaintiff
                                            Richelle Lessing

24   Dated: December 4, 2025            **THE RYAN LAW GROUP**

                                        By:   */s/ Rebekka Martorano*
                                            TIMOTHY J. RYAN
                                            REBEKKA R. MARTORANO
                                            Attorneys for Defendant
                                            Southwest Airlines Co.

**ORDER**

Pursuant to the stipulation of the parties, and in reliance on the fact the parties have agreed not to file dispositive motions, the Order Amending Scheduling Order dated 8/22/25 (ECF No. 21) is further amended as follows:

Expert Disclosure Deadline: April 10, 2026

Supplemental Disclosure Deadline: June 5, 2026

Fact Discovery Cutoff Date: August 14, 2026

Expert Discovery Cutoff Date: August 14, 2025

Final Pretrial Conference: November 12, 2026, at 1:30 p.m.

Jury Trial: January 25, 2027, at 8:30 a.m.

Dated:  December 5, 2025           /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE